CHESTER CITY *v.* PENNSYLVANIA. · Error to the Supreme Court of the State of Pennsylvania. No. 1498. Submitted January 27, 1890. Decided March 10, 1890. Motions were made in this case similar to those made in *Bell's Gap Railroad Co.* v. *Pennsylvania.* MR. JUSTICE BRADLEY delivered the opinion of the court. This case, so far as any federal question is concerned, is similar, in all substantial respects, to that of *Bell's Gap Railroad Co.* v. *Pennsylvania,* just decided, and must be governed by the decision in that case.

*The motion to dismiss the writ of error is denied, and the judgment of the Supreme Court of Pennsylvania is affirmed.*

*Mr. James W. M. Newlin* for the plaintiff in error.

*Mr. William S. Kirkpatrick* and *Mr. John F. Sanderson* for defendant in error.

*Mr. M. E. Olmsted* and *Mr. Wayne McVeagh,* on behalf of W. W. Jennings, plaintiff in error in No. 1242; *Mr. W. B. Lamberton* and *Mr. George R. Kœrcher,* on behalf of the North Pennsylvania Railroad Company, defendant in error in No. 1556; and *Mr. M. E. Olmsted,* on behalf of the Delaware Division Canal Company, The Lake Shore and Michigan Southern Railway Company, The New York, Lake Erie and Western Railroad Company, The Clearfield Bituminous Coal Corporation, The Delaware, Lackawanna and Western Railroad Company, and The Lehigh Valley Railroad Company, filed briefs entitled in *Bell's Gap Railroad Co.* v. *Pennsylvania* and *City of Chester* v. *Pennsylvania.*